IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD., *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>ALEJANDRO GARCIA-PADILLA, *et als.*,<br><br>**Defendants.** | **Civil No.** 16-1610 (FAB) |
| NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION,<br><br>**Plaintiff,**<br><br>v.<br><br>ALEJANDRO GARCIA-PADILLA, *et al.*,<br><br>**Defendants.** | **Civil No.** 16-2101 (FAB) |

**JUDGMENT**

In accordance with the Orders entered today, (Docket No. 160 in 16-1610, and Docket No. 109 in 16-2101), these cases are **DISMISSED with prejudice**.

These cases are now closed for administrative purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 1, 2016.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE